**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**RENO, NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:11-cv-00368-LRH-WGC |
| | ) | |
| Petitioner, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 1, 2011 |
| | ) | |
| PUBLIC EMPLOYEES' RETIREMENT | ) | |
| SYSTEM OF NEVADA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

PRESENT:   THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING        REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Petitioner has filed a Motion for Voluntary Dismissal (#12).  Defendant filed a Notice of Non-Opposition to Motion for Voluntary Dismissal (#13).  Good cause appearing,

IT IS HEREBY ORDERED that Petitioner's Motion for Voluntary Dismissal (#12) of this action is GRANTED and this action is dismissed with prejudice.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
Deputy Clerk